```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIRK E. SHERRIFF
    MICHELE L. THIELHORN
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:10-cr-00249 AWI |
|---|---|
| Plaintiff, | ) STIPULATION BETWEEN THE |
|  | ) UNITED STATES AND DEFENDANT |
| v. | ) ERIC HERNANDEZ; ORDER |
|  | ) |
| ERIC RAY HERNANDEZ, | ) |
| MONICA MARIE HERNANDEZ, aka | ) |
| Monica Marie Duarte, | ) |
| EVELYN BRIGGET SANCHEZ, | ) |
| PATRICIA ANN KING, and | ) |
| DARLING ARLETTE MONTALVO, | ) |
|  | ) |
| Defendants. | ) |

Plaintiff the United States of America, and defendant ERIC RAY HERNANDEZ, by and through his counsel of record Roger Wilson, hereby agree and stipulate to modify the property bond condition of defendant ERIC HERNANDEZ's conditions of release. The Order Setting Conditions of Release, filed June 22, 2010 [Doc. 23] currently requires a "$50,000 property bond secured by equity in property owned by Elizabeth Foster." As the property secured by the present property bond is expected to be sold, the parties submit this stipulation to allow the substitution of another property bond.

Stipulation & Order

1    The parties agree and stipulate to, and respectfully request
2    that the Court order, the modification of the conditions of release
3    as follows:
4         1.   The current property bond condition provides:

             The defendant shall execute[] a bond or an
             agreement to forfeit upon failing to appear or
             failure to abide by any of the conditions of
             release, the following sum of money or designated
             property: $50,000 property bond secured by
             equity in property owned by Elizabeth Foster.

         2.   The following property bond condition shall be substituted
    for the current condition:

             The defendant shall execute a bond or an
             agreement to forfeit upon failing to appear or
             failure to abide by any of the conditions of
             release, the following sum of money or designated
             property: **a total equity property bond not less
             than $10,000, secured by equity in property owned
             by Randall McCormick.**

         This Stipulation does not modify any conditions of release other
    than the condition specifically set forth above.
         IT IS SO STIPULATED.
    DATED: Oct. 17, 2011
                                          Respectfully Submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney
         /s/ Roger Wilson
    By:  (authorized on 10/17/11)_    By:  /s/ Kirk E. Sherriff
         ROGER WILSON                      KIRK E. SHERRIFF
         Attorney for defendant            MICHELE L. THIELHORN
         ERIC RAY HERNANDEZ                Assistant U.S. Attorneys




         IT IS SO ORDERED.

         Dated:   **October 19, 2011**          **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE