**ROGER D. WILSON, #192207**
**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852





FILED

OCT 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ATTORNEYS FOR  Defendant,
ERIC RAY HERNANDEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  10-CR-0249-AWI |
| Plaintiff, | |
| vs. | **ORDER RECONVEYING PROPERTY** |
| ERIC RAY HERNANDEZ, et al. | |
| Defendant. | |

Upon request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that the property bond posted by Elizabeth Foster, a widow, is exonerated in this matter, and the Clerk of the Court is ordered to reconvey the following property posted as security for bail in the amount of $50,000.00 on June 22, 2010, as Document 0210081775 in the Recorder's Office of the County of Kern, State of California:

Owner:     Elizabeth Foster, a widow
Address:
APN No.:   498-303-07-00-8

DATED: _10/28/11_

_____
GARY S. AUSTIN
United States District Court