```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIRK E. SHERRIFF
    HENRY Z. CARBAJAL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:10-cr-00249 AWI |
|---|---|
| Plaintiff, | ) UNITED STATES' NOTICE AND |
|  | ) REQUEST FOR HEARING RE STATUS |
| v. | ) OF COUNSEL FOR DEFENDANT |
|  | ) EVELYN SANCHEZ; |
| ERIC RAY HERNANDEZ, | ) ORDER |
| MONICA MARIE HERNANDEZ, aka | ) |
| Monica Marie Duarte, | ) |
| EVELYN BRIGGET SANCHEZ, | ) Hearing Date: Jan. 17, 2012 |
| PATRICIA ANN KING, and | ) Hearing Time: 9:00 a.m. |
| DARLING ARLETTE MONTALVO, | ) Court: Two |
|  | )   (Hon. Anthony W. Ishii) |
| Defendants. | ) |

The United States respectfully notifies the Court that the California State Bar website indicates that attorney Robert Dowd, counsel for defendant Evelyn Sanchez, is not eligible to practice law and that the effective date of his suspension was November 18, 2011. The California Supreme Court order concerning Mr. Dowd's suspension, a copy of which is attached hereto, indicates that Mr. Dowd is suspended from the practice of law for 90 days.

It appears that defendant Evelyn Sanchez is not currently represented by counsel. There are upcoming case deadlines including

Stipulation & Order

motion in limine filing deadlines on January 23, February 13, and February 27; the trial confirmation and motions in limine hearing on March 5; and the trial on March 20, 2012.

Accordingly, the government respectfully requests that the Court set a hearing in this case on January 17, 2012, at 9:00 a.m. to address the status of defendant Sanchez's legal representation.

DATED: Jan. 4, 2012

                                                  Respectfully Submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

                                        By: /s/ Kirk E. Sherriff
                                              KIRK E. SHERRIFF
                                              HENRY Z. CARBAJAL
                                              Assistant U.S. Attorneys

**ORDER**

It is ordered that defendant Evelyn Sanchez appear for a hearing before this Court on January 17, 2012, at 9:00 a.m., in Courtroom Two.

IT IS SO ORDERED.

Dated:     January 4, 2012                                     
                                                CHIEF UNITED STATES DISTRICT JUDGE