```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIRK E. SHERRIFF
    HENRY Z. CARBAJAL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America
 7
```

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:10-cr-00249 AWI |
| Plaintiff, | STIPULATION BETWEEN THE UNITED STATES AND DEFENDANTS ERIC HERNANDEZ AND MONICA HERNANDEZ; ORDER |
| v. | |
| ERIC RAY HERNANDEZ, MONICA MARIE HERNANDEZ, aka Monica Marie Duarte, EVELYN BRIGGET SANCHEZ, PATRICIA ANN KING, and DARLING ARLETTE MONTALVO, | **Hearing Date:** Jan. 17, 2012<br>**Hearing Time:** 9:00 a.m.<br>**Court:** **Two**<br>  (Hon. Anthony W. Ishii) |
| Defendants. | |

21      Plaintiff the United States of America, and defendants ERIC RAY
22 HERNANDEZ and MONICA MARIE HERNANDEZ, by and through their counsel of
23 record, jointly stipulate and request that the Court set a hearing in
24 this case on January 17, 2012 to address the appointment of separate
25 counsel for one of the defendants.  Defendants Eric Hernandez and
26 Monica Hernandez are currently represented by attorney Roger Wilson,
27 but it appears that there is now a conflict that requires that each
28 defendant have separate counsel.  Accordingly, the parties request

that the Court set a hearing on January 17, 2012, at 9:00 a.m. to address this matter.

IT IS SO STIPULATED.

DATED: Jan. 4, 2012

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Roger Wilson
(authorized on 1/4/12)
ROGER WILSON
Attorney for defendants
ERIC RAY HERNANDEZ and
MONICA MARIE HERNANDEZ

By: /s/ Kirk E. Sherriff
KIRK E. SHERRIFF
HENRY Z. CARBAJAL
Assistant U.S. Attorneys

**ORDER**

It is ordered that the parties appear for a hearing before this Court on January 17, 2012 at 9:00 a.m. in Courtroom Two.

IT IS SO ORDERED.

Dated:     January 5, 2012     _____
CHIEF UNITED STATES DISTRICT JUDGE