1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   HENRY Z. CARBAJAL
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,          )  CASE NO.: 1:10-cr-00249 AWI
11                                     )
                                       )  STIPULATION AND
12              Plaintiff,             )  [PROPOSED] PROTECTIVE ORDER
                                       )  BETWEEN THE UNITED STATES AND
13                                     )  DEFENDANT ERIC RAY HERNANDEZ
           v.                          )
14                                     )
                                       )
15 ERIC RAY HERNANDEZ,                 )
   MONICA MARIE HERNANDEZ, aka         )
16 Monica Marie Duarte,                )
   EVELYN BRIGGET SANCHEZ,             )
17 PATRICIA ANN KING, and              )
   DARLING ARLETTE MONTALVO,           )
18                                     )
                Defendants.            )
19 _____)

20

21      WHEREAS, the discovery in this case is voluminous and contains a

22 large amount of personal information including but not limited to

23 Social Security numbers, dates of birth, driver's license numbers,

24 bank account numbers, telephone numbers, and residential addresses

25 ("Protected Information"); and

26      WHEREAS, the parties desire to avoid both the necessity of large

27 scale redactions and the unauthorized disclosure or dissemination of

28 this information to anyone not a party to the court proceedings in

this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant ERIC RAY HERNANDEZ, by and through his counsel of record ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the

United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

    5.   Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

    6.   Defense Counsel shall be responsible for advising the defendant, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

    7.   In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

    IT IS SO STIPULATED.

DATED: Feb. 10, 2012    By: /s/ David A. Torres
    (authorized on 2/10/12)
    DAVID A. TORRES
    LAW OFFICE OF DAVID A. TORRES
    Attorney for defendant
    ERIC RAY HERNANDEZ

DATED: Feb. 10, 2012    BENJAMIN B. WAGNER
    United States Attorney

    By: /s/ Kirk E. Sherriff
    KIRK E. SHERRIFF
    HENRY Z. CARBAJAL
    Assistant U.S. Attorneys

**ORDER**

IT IS SO ORDERED.

Dated:   February 10, 2012      [signature]
    CHIEF UNITED STATES DISTRICT JUDGE