**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar No. 135059)
1318 "K" Street
Bakersfield, California
Tel.: (661) 326-0857
Fax.: (661)326-0936

Attorney for:
ERIC RAY HERNANDEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF CALIFORNIA, | №. 10-CR-00249 AWI |
| PLAINTIFF, | **RULE 43 WAIVER OF PERSONAL APPEARANCE** |
| vs. | |
| ERIC RAY HERNANDEZ, | |
| DEFENDANT | |

Defendant, ERIC RAY HERNANDEZ, is charged with several felony offenses in this proceeding. Pursuant to Federal Rules of Criminal Procedure Rule 43(b)(3) Defendant consents to appearance through counsel David. A. Torres, without Defendant's presence, at and pre-trial status or motions not involving an evidentiary hearing. Defendant requests that the Court allow him to appear through counsel of record at such proceedings.

Date: March 22, 2012   */s/Eric Ray Hernandez*
   ERIC RAY HERNANDEZ
   Defendant


Date: March 22, 2012   */s/ David A. Torres*
   DAVID A. TORRES
   Attorney at Law

# **ORDER**

**IT IS SO ORDERED**.  Waiver for the Defendant, ERIC RAY HERNANDEZ, is approved.

IT IS SO ORDERED.

**Dated:   March 23, 2012**              /s/ **Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE