Robert D. Wilkinson    #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for Defendant, PATRICIA ANN KING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICIA ANN KING,<br><br>    Defendant. | CASE No. 1:10-CR-00249 AWI<br><br>**STIPULATION AND ORDER FOR DISCLOSURE OF PRESENTENCE INVESTIGATION REPORT IN RELATED MATTER**<br>**(F.R.Crim.P, Rule 32; Local Rule 460(b))** |

WHEREAS, Defendant, Patricia Ann King, pleaded guilty in this matter and in the related matter, *U.S. vs. Patricia Ann King*, U.S. District Court for the Eastern District of California, Docket number 1:10-CR-00151-001 AWI, on February 13, 2012; and

WHEREAS, the parties in this matter and the related matter, as well as the United States Probation Office, are in the process of commenting on or preparing an Advisory Guidelines Presentence Investigation Report and Sentencing Memoranda; and

WHEREAS in the draft Advisory Guideline Presentence Investigation Report made available to counsel on March 19, 2012, there are numerous references to the Presentence Investigation Report prepared in the case brought against Ms. King in 2003, *U.S. vs. Patricia Ann King*, U.S. District Court for the Eastern District of California, Docket No. 1:03-CR-05275-001 AWI, and the Probation Officer assigned to prepare the report in this matter has indicated that the Court will review the report from the earlier matter before sentencing Ms. King in this matter; and

1       WHEREAS, counsel in this matter and counsel in the related matter, Docket No. 1:10-CR-00151-001 AWI, need to review the Presentence Investigation Report from Case No. 1:03-CR-05275-01 AWI in order to be prepared at the time of sentencing in this and the related matter which is currently set for April 23, 2012;

      The parties hereto, by and through authorized counsel, stipulate and agree that the U.S. Probation Office for the U.S. District Court for the Eastern District of California, through the Probation Officer assigned to this matter, shall provide counsel in this matter and counsel in case number 1:10-CR-00151-001 AWI, a copy of the Presentence Investigation Report prepared by the U.S. Probation Office in case number 1:03-CR-05275-01 AWI. The parties further stipulate and agree that the defendant, Patricia Ann King, her counsel and the U.S. Attorney's Office will maintain the confidentiality of the Presentence Investigation Report from case number 1:03-CR-05275-01 AWI as required by Local Rule 460 unless and until otherwise ordered by the Court.

DATED: March 29, 2012

Benjain B. Wagner
UNITED STATES ATTORNEY

By: /s/ Kirk E. Sherriff   (authorized 3/29/12)
Kirk E. Sherriff
Assistant U. S. Attorney
Attorneys for Plaintiff

DATED: March 29, 2012

BAKER MANOCK & JENSEN, PC

By: /s/ Robert D. Wilkinson
Robert D. Wilkinson
Attorneys for Defendant, PATRICIA ANN KING

**ORDER**

      Good Cause appearing, IT IS HEREBY ORDERED that the U.S. Probation Office for the U.S. District Court for the Eastern District of California, through the Probation Officer assigned to this matter, shall provide counsel in this matter and counsel in case number 1:10-CR-

00151-001 AWI, a copy of the Presentence Investigation Report prepared by the U.S. Probation Office in case number 1:03-cr-05275-01 AWI. IT IS FURTHER ORDERED that the defendant, Patricia Ann King, her counsel and the U.S. Attorney's Office will maintain the confidentiality of the Presentence Investigation Report from case number 1:03-CR-05275-01 AWI as required by Local Rule 460 unless and until otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: March 29, 2012

CHIEF UNITED STATES DISTRICT JUDGE