| | |
|---|---|
| 1 | Robert D. Wilkinson    #100478 |
|   | BAKER MANOCK & JENSEN, PC |
| 2 | 5260 North Palm Avenue, Fourth Floor |
|   | Fresno, California 93704 |
| 3 | Telephone: 559.432.5400 |
|   | Facsimile: 559.432.5620 |
| 4 | |
| 5 | Attorneys for  Defendant, PATRICIA ANN KING |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASES No. 1:10-CR-151-1 AWI |
|   |   1:10-CR-249-4 AWI |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE HEARING ON PRETRIAL SERVICES VIOLATION |
| PATRICIA ANN KING, | PETITION AND ORDER |
| Defendant. | Date:    May 25, 2012 |
|   | Time:    1:30 p.m. |
|   | Courtroom 9 |
|   | Judge:    Hon. Dennis L. Beck |

WHEREAS by ex parte order the Court as set May 16, 2012 at 1:30 p.m. for a hearing on the Pretrial Services Violation Petition dated May 8, 2012, in the above referenced matters; and

WHEREAS, counsel for defendant Patricia Ann King in the two cases referenced above, in which she is represented respectively by Thomas V. Miles and Robert D. Wilkinson, are both unavailable on May 16, 2012 at 1:30 p.m.; and

WHEREAS counsel for plaintiff the United States in these matters, respectively Mark Cullers and Kirk Sherriff, the Pretrial Services Officer in these matters, Dan Stark, and both counsel for Ms. King are available on May 25, 2012, at 1:30 p.m.;

///

1112392v2 / 10924.0035

1    The parties hereto, through authorized counsel, STIPULATE that the hearing on
2 the Pretrial Services Violation Petition, currently set for Wednesday, May 16, 2012, at 1:30 p.m.,
3 in Courtroom 9, may be continued to Friday, May 25, 2012 at 1:30 p.m., in Courtroom 9.

BENJAMIN B. WAGNER
United States Attorney

May 14, 2012        By:/s/ Mark Cullers (as authorized on 5/14/12)
                    MARK CULLERS, Assistant U.S. Attorney
                    in Case No. 1:10-CR-151-1 AWI

May 14, 2012        By:/s/ Kirk E. Sherriff (as authorized on 5/14/12)
                    KIRK E. SHERRIFF, Assistant U.S. Attorney
                    in Case No. 1:10-CR-249-4 AWI

May 14, 2012        /s/ Thomas V. Miles
                    THOMAS V. MILES, Attorney for Defendant
                    Patricia Ann King in Case No. 1:10-CR-151-1 AWI

May 14, 2012        /s/ Robert D. Wilkinson
                    ROBERT D. WILKINSON, Attorney for Defendant
                    Patricia Ann King in Case No. 1:10-CR-249-4 AWI

## ORDER

Good cause having been shown therefore upon the parties' stipulation above, IT IS HEREBY ORDERED that the hearing on the Pretrial Services Violation Petition set for Wednesday, May 16, 2012, at 1:30 p.m., in Courtroom 9, shall be continued to Friday, May 25, 2012 at 1:30 p.m., in Courtroom 9.


IT IS SO ORDERED.

Dated:  **May 14, 2012**            /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE