**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Evelyn Brigget Sanchez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 1:10-CR-00249 AWI-DLB |
| Plaintiff, | **RULE 43 WAIVER OF PERSONAL APPEARANCE** |
| v. | |
| EVELYN BRIGGET SANCHEZ, | Date: October 22, 2012 |
| Defendant. | Time: 1:00 p.m. |
| | HON. DENNIS L. BECK |
| | Dept. 9 |

Defendant, Evelyn Sanchez is charged with several felony offenses in this proceeding. Pursuant to Federal Rules of Criminal Procedure Rule 43(b)(3) Defendant consents to appearance through counsel, Harry M. Drandell, without Defendant's presence, at the upcoming status hearing and any pre-trial status or motions not involving an evidentiary hearing. Defendant requests that the Court allow her to appear through counsel of record at such proceedings.

Dated: October 17, 2012          LAW OFFICES OF HARRY M. DRANDELL

/s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant,
EVELYN BRIGGET SANCHEZ

Dated: October 17, 2012          /s/ Evelyn Sanchez
EVELYN SANCHEZ, Defendant

IT IS SO ORDERED.

Dated: **October 17, 2012**　　　　　　　　　**/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE