```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIRK E. SHERRIFF
    HENRY Z. CARBAJAL III
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:10-cr-00249 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER BY THE UNITED STATES AND DEFENDANTS ERIC HERNANDEZ AND MONICA HERNANDEZ TO SET CHANGE OF PLEA HEARING |
| v. | ) |
| ERIC RAY HERNANDEZ, and MONICA MARIE HERNANDEZ, | ) Date: June 10, 2013<br>) Time: 10:00 a.m.<br>) Court: Two<br>) (Hon. Anthony W. Ishii) |
| Defendants. | ) |

Plaintiff the United States of America and defendants ERIC HERNANDEZ and MONICA HERNANDEZ, by and through their respective counsel of record, hereby agree and stipulate to set a change of plea hearing before the Court on June 10, 2013, at 10:00 a.m. The Court has previously excluded time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), through the August 13, 2013 trial date in this case.

IT IS SO STIPULATED.

DATED: May 29, 2013        By: /s/ David Torres
                               (authorized on 5/29/13)
                               DAVID TORRES
                               Attorney for defendant
                               ERIC RAY HERNANDEZ

DATED: May 29, 2013            By: /s/ W. Scott Quinlan
                                   (authorized on 5/29/13)
                                   W. SCOTT QUINLAN
                                   Attorney for defendant
                                   MONICA MARIE HERNANDEZ


DATED: May 29, 2013            BENJAMIN B. WAGNER
                               United States Attorney

                               By: /s/ Kirk E. Sherriff
                                   KIRK E. SHERRIFF
                                   HENRY Z. CARBAJAL III
                                   Assistant U.S. Attorneys


**ORDER**

This matter shall be set before the Court for a change of plea hearing as to defendants Eric Hernandez and Monica Hernandez on June 10, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 30, 2013                    _____
                                       SENIOR DISTRICT JUDGE

Stipulation and Proposed Order

2