**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
ERIC RAY HERNANDEZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ERIC RAY HERNANDEZ,<br><br>　　　　　Defendant | Case No.: Case No.10-CR-00249 AWI-BAM<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S SURRENDER DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND KIRK E. SHERRIFF AND HENRY Z. CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, ERIC RAY HERNANDEZ, by and through his attorney of record, DAVID A. TORRES hereby requesting that the surrender date of the defendant, Eric Hernandez, herein, be extended from December 16, 2013 to January 20, 2014 for the following reason(s):

　　Based upon the recent information received from Mr. Hernandez, he is scheduled to undergo dental surgery on January 15, 2014 at Apollonia Dental Center. On September 17, 2013 Mr. Hernandez had dental work done due to pain and discomfort. On September 27, 2013

another dental procedure had to be performed on his gums. His dentist has advised him that he will need one more surgery which is schedule for January 15, 2014, the soonest available date.

Based on the foregoing, good cause is hereby found to extend the surrender date to the aforementioned date. This is a mutual agreement between myself, AUSA Kirk Sherriff and AUSA Henry Carbajal.

Respectfully Submitted,

DATED: 10/30/13  */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
ERIC RAY HERNANDEZ

DATED: 10/30/13  */s/Kirk E. Sherriff*
KIRK E, SHERRIFF
Assistant U.S. Attorney

DATED: 10/30/13  */s/ Henry Z. Carbajal*
HENRY Z. CARBAJAL

## ORDER

**IT IS SO ORDERED** that the defendants surrender date is extended to **January 20, 2014**.

IT IS SO ORDERED.

Dated:   October 30, 2013

_____
SENIOR DISTRICT JUDGE